

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-12-0506-CR
_____

JORGE MUNOZ PALACIOS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. CR-11L-182, Honorable Roland D. Saul, Presiding

---

March 6, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Pending before this court is a motion to dismiss the appeal signed by both appellant Jorge Munoz Palacios and his attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not publish.